# EXHIBIT 326

"OF THE ORIGINAL AS THE SAME ARE NOW
ON FILE IN THIS OFFICE.

Page 1 OF 24



FELL-00003213

FELL-00003214



FELL-00003215

FELL-00003216

FELL-00003217

FELL-00003218



FELL-00003219

FELL-00003220



FELL-00003221

FELL-00003222

## McArthur, Earle

**From:** kimberli.ward@state.vt.us
**Sent:** Monday, August 05, 2013 11:19 AM
**To:** Records Center
**Subject:** Record Request From Online Form

Below is the result of your feedback form.  It was submitted on Monday, August 5, 2013 at 11:18:47
-------------------------------------------------------------------------

REQUEST ID: 20130805-111743

name: Kimberli Ward

AgencyName: Vt. Superior Court / Washington District Court

billingcode: JUD76

series: 290

box: DWN 64

description: Docket # 401-4-81 Wncr / State vs. ███████████ / Please send DDR sheets and affidavits

removed: No

Submit: Request Records

-------------------------------------------------------------------------

F-1113 1

Dept Code:
Customer#:
Computer Box#:
Location:
Filled By (Initials):
Date Filled:

6

FELL-00003223

District Court
Form No. 94
Docket and Disposition Rpt

**STATE OF VERMONT**                    **DISTRICT COURT OF VERMONT**

Docket No. 401-4-81WnCr

| Defendant | V. | | | | |
|---|---|---|---|---|---|
| Last Name | First | M.I. | Unit No. | Circuit | DMV Use |
| | | | 5 | Washington | |

| Address | Scheduled Date of Appearance | Incident Offense No. |
|---|---|---|
| Rt 14 Box 188 | April 27, 1931 | |

| City, State, Zip Code | Date of Birth | Age | Place of Birth |
|---|---|---|---|
| South Barre, Vermont | 4-25-56 | 24 | Haverhill, Mass. |

| Occupation | Operator's License No. | Soc. Sec. No. |
|---|---|---|
| Ski Mechanic | | 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 |

| Date of Offense | Place of Offense | Date of Arrest/Citation | Place of Arrest/Citation |
|---|---|---|---|
| 3-25-81 | Waitsfield, Vermont | 3-25-81 | Barre town, Vermont |

| Arresting Officer | Department | ☐ Arrest ☒ Citation | ☐ Accident ☐ Property Damage | ☐ Injury |
|---|---|---|---|---|
| Officer Kinerson | VSP | | | |

| Name of Offense | Count | Title | Section | Felony | Misd. | Muni Ord. | Code (VCIC) |
|---|---|---|---|---|---|---|---|
| Simple Assault | 1 of 1 | 13 V.S.A. | §1023 (a) | | x | | |

**RULE 5 HEARING**

- ☐ Date of Rule 5 Hrg.
- ☐ Copy of Affidavit and Info. Provided to Defendant
- ☐ Probable Cause Found
- ☐ Continued for Plea

**ARRAIGNMENT**

Date of Arraignment

Defendant Waives:
- ☐ 24 Hour Rule
- ☐ Reading of Info.
- ☐ Right to Counsel

Defendant Pleads:
- ☐ Guilty
- ☐ Non Contendere
- ☐ Not Guilty
- ☐ Pro Forma Not Guilty

Defendant's Attorney:
- ☐ Pro Se
- ☐ Private
- ☐ Assigned
- ☐ Counsel Waived

Name of Judge

Name of Reporter

Name of Defendant's Attorney

Name of Guardian Ad Litem

**Date Failure to Appear**
- ☐ Judicial Summons to Issue
- ☐ Arrest Warrant to Issue
- Date J/Summons
- Date A/Warrant

**BAIL**

| Date Bail Set | Amount | Date Discovery Order |
|---|---|---|
| | Deposit | P/T Conference Set For |
| ☐ Personal Recognizance | | |
| ☐ Appearance Bond | Date Bail Posted | Jury Drawing Set For |
| ☐ Cash/Surety | Date Bail Forfeiture of Bail | Date Refusal Hrg. |
| ☐ Conditions | | |

| Date Jury Drawn | Judge at Trial | |
|---|---|---|
| Date Trial Commenced | Reporter at Trial | Date |
| ☐ Trial by Jury | ☐ Trial by Court | ☐ |

| Amended to: Name of Offense | Title | Section | Felony | Misd. | Muni Ord. | Code (VCIC) |
|---|---|---|---|---|---|---|
| | V.S.A. | | | | | |

| Date | | | | |
|---|---|---|---|---|
| 7/2/11 | ☐ Plea Guilty | ☐ Verdict Guilty | ☐ Fine Agreement | |
| | ☐ Plea Nolo | ☐ Verdict Not Guilty | Sent Agreement No Con | |
| ☒ Dismissed by S.A. | ☐ Adjudication Guilty | ☐ Guilty by Waiver | | |
| ☐ Dismissed by Court | ☐ Transferred to Juvenile Court | ☐ Nolo by Waiver | | |
| ☐ Pre Sentence Ordered | Date | Sentencing Set for | | |
| ☐ Pre Sentence Waived | | | | |

Defendant's entry of plea of Guilty/Nolo Contendere is found by this court to be voluntary and made with knowledge and understanding of the consequences and after knowing waiver of constitutional rights. Plea has a factual basis. Said plea is hereby accepted and adjudication of guilty entered herein.
JUDGE

| Date Sentence Imposed | Fine | Date Fine Paid in Full | Date Fine Pd. |
|---|---|---|---|

**AFFIDAVIT**                                    STATE OF VERMONT

Washington _____ County S.S.

**NOW COMES** Richard C Kinerson _____, affiant(s), being duly sworn and on oath,
(officer)

deposes and says he has probable cause to believe that ████████████████
(defendant)

has committed the offense(s) of Simple Assault _____, a violation of

Title 13 _____, Vermont Statutes Annotated § 1023 (a) (1)

2019 hours 03-25-81

On the above date and time this affiant received a written statement from one Mark
Walker of Waitsfield Vermont which indicated he had been struck in the face twice by one
████████ of South Barre, Vermont.
Mark Walker advised that he has known ████████ for some time and described him as
being 6ft3 in height and about 205 pounds in weight. In his statement, Mark Walker advised
that he was struck the first time in the left eye at which time a ring was cut around his
eye by his glasses. Mark Walker advised the second time he was struck in the mouth. Mark
Walker advised that he had since spoken to Dr. Zomies of the Valley Dental in Waitsfield
VErmont and found he had three chipped teeth. Mark Walker advised that this incident occured
between midnight and 0200 on 03-25-81, at the Den parking lot in Waitsfield, Vermont.
This affiant observed that Mark Walker had a severe discoloration scar around his
left eye.
This affiant requested Officer Ryan of Barre Town Police Department to respond to
the ████████ residence in South Barre Vt and issue ████████ a citation for assault
based on this officers investigation.

Subscribed and sworn to before me on

this 5ᵗʰ day of april 1981

_____
(Notary Public)    (Justice Officer)

OPS 200 20M

_____
(Affiant)

5 april 1981
(date)

## McArthur, Earle

| | |
|---|---|
| **From:** | kimberli.ward@state.vt.us |
| **Sent:** | Monday, August 05, 2013 11:17 AM |
| **To:** | Records Center |
| **Subject:** | Record Request From Online Form |

Below is the result of your feedback form.  It was submitted on Monday, August 5, 2013 at 11:17:22
------------------------------------------------------------------------------

REQUEST ID: 20130805-111500

name: Kimberli Ward

AgencyName: Vt. Superior Court / Washington District Court

billingcode: JUD76

series: 290

box: DWN 90

description: Docket #1075-9-82 Wncr / State vs. ██████████ / Please send DDR  sheet and affidavits

removed: No

Submit: Request Records

------------------------------------------------------------------------------

F-11136

Dept Code:
Customer#:
Computer Box#:
Location:
Filled By (Initials):
Date Filled:

5

FELL-00003226

Form No. 94
Docket and Disposition Record

## STATE OF VERMONT
## DISTRICT COURT OF VERMONT

Defendant: _____ V. _____

Docket No. 1075-9-82 WnCr

| Last Name | First | M.I. | Unit No. | Circuit |
|---|---|---|---|---|
| ████████ | | | 5 | Washington |

DMV Use

**Address**
Box 234 5

**Scheduled Date of Appearance**
~~XXX~~ 9-20-82

**Incident Offense No.**

**City, State, Zip Code**
Barre, VT

**Date of Birth** 4-25-56  **Age** 26  **Place of Birth** Haverihill, Ma

**Occupation**
Engineer

**Operator's License No.** 60400440

**Soc. Sec. No.** 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

**Date of Offense** 8-28-82  **Place of Offense** Berlin

**Date of Arrest/Citation** 8-28-82  **Place of Arrest/Citation** Berlin

**Arresting Officer** William Miller  **Department** VSP

☐ Arrest  ☒ Citation  ☐ Accident  ☐ Property Damage  ☐ Injury

**Name of Offense** DWI  **Count** 1 a)  **Title** 23 V.S.A.  **Section** 1201(a)(2)  **Felony/Misd/Muni** XXX  **Code (VCIC)** Ord.

### RULE 5 HEARING
**Date of Rule 5 Hg.** 7-20-82
☒ Copy of Affidavit and Info. Provided to Defendant
☒ Probable Cause Found
☐ Continued for Plea

### ARRAIGNMENT
**Date of Arraignment** 9-20-82
Defendant Waives:
☒ 24 Hour Rule
☒ Reading of Info.
☐ Right to Counsel

**Defendant Pleads:**
☐ Guilty
☐ Nolo Contendere
☒ Not Guilty
☐ Pro Forma Not Guilty

**Defendant's Attorney**
☐ Pro Se
☒ Private
☐ Counsel Assigned
☐ Counsel Denied

**Name of Judge**
**Name of Reporter** Tape
**Name of Defendant's Attorney** O. VALSANGIAComo
**Name of Guardian Ad Litem**

**Date/Failure to Appear**
☐ Judicial Summons to Issue
☐ Arrest Warrant to Issue
Date J/Summons
Date A/Warrant

### BAIL/PRETRIAL
**Date Bail Set** 9-20-82  **Amount**
☒ Personal Recognizance
☐ Appearance Bond
☐ Cash/Surety
☐ Conditions

**Deposit**
**Date Bail Posted**
**Date Mit-Lack of Bail**

**Date Discovery Order** 9/20/82
**P/T Conference Set For**
**Jury Drawing Set For** 10/13/82
**Date Refusal Hg.**

*(handwritten notes)*

**Date Jury Drawn**  **Judge at Trial**  ☐ T.O. Required ☐ T.O. Not Required
**Date Trial Commenced**  **Reporter at Trial**  **Date**
☐ Trial by Jury  ☐ Trial by Court  ☐ Admitted by Deft ☐ Denied by Deft

### DISPOSITION
**Amended to: Name of Offense**  **Title** V.S.A.  **Section**  Felony | Misd. | Muni. | Code (VCIC) | Ord.

**Date** 11-1-82
☒ Plea Guilty
☐ Plea Nolo
☐ Dismissed by S.A.
☒ Adjudication Guilty
☐ Dismissed by Court
☐ Transferred to Juvenile Court
☐ Pre Sentence Ordered  Date
☐ Pre Sentence Waived

☐ Verdict Guilty
☐ Verdict Not Guilty
☐ Guilty by Waiver
☐ Nolo by Waiver

**Sentencing Set for**

☒ Plea Agreement
Other Docket No(s).

Defendant's entry of plea of Guilty/Nolo Contendere is found by this court to be voluntary and made with knowledge and understanding of the consequences and after knowing waiver of constitutional rights. Plea has a factual basis. Said plea is thereby accepted and adjudication of guilty entered hereon.
JUDGE _____

### SENTENCE
**Date Sentence Imposed**  **Fine**  **Date Fine Paid In Full** 5-16-83  **Date Fine Due** 1-24-83

*(handwritten: $160 ord. 1-24-83 / 3-16-83 Collection Letter sent / 5-10-83 A.O. issued-failed to pay fine)*

**MINIMUM** TERM  Years Months Days
**MAXIMUM** TERM  Years Months Days
Split to Serve  Years Months Days

☐ Suspended
☐ On Probation
☐ Deferred
☐ Diversion

☐ Concurrent  To Docket Number(s)
☐ Consecutive

**Restitution/Amount** ☐ $

☐ Judgment Not Guilty
☒ Judgment Guilty

**Signature of Judge** _____  **Date** 11/3/82

**Date of Disposition** 11-3-82
☐ Mittimus Date
☐ Probation Warrant

**Disp. Report Sent** Date
**Date of Appeal**
**Probation Discharge** Date

D.M.V. Use
10&M 19/84

**Signature of Clerk** _____  Date

**AFFIDAVIT**

STATE OF VERMONT
Washington County S.S.

NOW COMES CPL. William J. Miller, State Police , affiant(s), being duly sworn and on oath,
(officer)

deposes and says he has probable cause to believe that ▮▮▮▮▮▮▮▮▮▮▮
(defendant)

has committed the offense(s) of Driving while intoxicated , a violation of

T23 , Vermont Statutes Annotated § 1201)a)

On 8-28-1982 at 0137 hours Middlesex State Police received a complaint of a vehicle traveling south on I.S. 89 between exits 9 and 8, and that it appeared that the operator was intoxicated.

This officer was advised of the situation via radio communication and I immediately took a position located in a U-Turn near the exit seven area. The complainant had advised that the vehicle in question displayed Vermont registration 6881. At approx 0145 this officer observed the vehicle in question while south on I.S. 89, make a exit at exit number seven. I immediately followed the vehicle in question and observed it swerve in the roadway several times and also observed it travel onto the shoulder of the highway several times. This officer stopped the vehicle on route sixty two in Berlin just east of the Berlin elementary school. This officer asked the operator for his driver"s license, which he produced identifying him as ▮▮▮▮▮▮▮▮▮. He also told this officer that his name was ▮▮▮▮▮▮▮.

A moderate aroma of a alcoholic beverage could be detected from the breath of the defendant and it was observed that the whites of his eyes were bloodshot. This officer had the defendant walk a straight line and it was observed that he swayed and was unsure of his balance. He swayed also when standing still and his coordination was poor. This officer had the defendant blow his breath into a Alco-Sensor and a reading of .26% was obtained. After being advised of Miranda the defendant stated that he had been drinking gin and tonic in Burlington about one hour prior to being stopped.

The defendant was processed as a suspected DWI offender and he consented and gave a sample of his breath for testing. The sample has been sent to the State Lab. in Burlington for a Analysis.

The ▮▮▮▮ vehicle was a 1974 V.W. that displayed Vermont registration 6811.

Subscribed and sworn to before me on

this         day of            19

(Notary Public    Judicial Officer)

(Affiant)

(Date)

FELL-00003228



FELL-00003229

FELL-00003230

FELL-00003231



FELL-00003232

FELL-00003233

FELL-00003234

FELL-00003235