| | |
|---|---|
| **REVISED** | **NOTICE OF HEARING** |

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

**UNITED STATES OF AMERICA**

       v.                                         Case No. 5:01-cr-12-01

**DONALD FELL**

TAKE NOTICE that the above-entitled case has been rescheduled at 1:30 p.m. on Friday, June 5, 2015, at BURLINGTON, Vermont before the Honorable Geoffrey W. Crawford, District Judge, for a Status Conference and hearing on Motion for Disclosure and Return of Information and Records in Government's Possession to Permit Rulings Protecting Mr. Fell's Rights and Privileges (doc. 548) and Motion to Compel Discovery (doc. 551).

| | |
|---|---|
| **Location: Courtroom 542**<br>**Date of Notice: 5/29/2015** | **JEFFREY S. EATON, Clerk** |
| *NOTE:  Motion hearing added* | |
| | **By** /s/ *Pamela J. Lane*<br>**Deputy Clerk** |

**TO:**

**Julie B. Mosley, DOJ**
**William B. Darrow, AUSA**

**John T. Philipsborn, Esq.**
**Kerry B. DeWolfe, Esq.**
**Michael N. Burt, Esq.**

**Anne Henry, Court Reporter**