UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT



| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Case No. 5:01-cr-12 |
| ) | |
| DONALD FELL, ) | |
| ) | |
| Defendant-Movant. ) | |

### AGENDA
for Status Conference on June 5, 2015

1. Argument on two pending motions:

    a) Motion for Disclosure and Return of Information (Doc. 550; opposition filed at Doc. 556); and
    b) Motion to Compel and memorandum in support of Mr. Fell's position that the court must proceed with the resolution of issues remaining (Doc. 549; opposition filed at Doc. 560).

2. Set schedule for disclosures pursuant to F.R.Cr.P. 12.2

    a) Need for approval of the initial budget for defense services, including retention of experts, and other persons, including investigators and mitigation specialists;
    b) Authorization for mental health experts;
    c) Deadline for notice from the defendant under F.R.Cr.P. 12.2(a) and (b);
    d) Deadline for any mental examination by the Government under rule 12.2(c);
    e) Process for exchange of reports for guilt/innocence phase only;
    f) Any reports of examinations by the Government relevant to potential sentencing phase are sealed at this time; and
    g) Process for exchange of sentencing phase psychological reports.

3. Procedures to ensure that both parties have current copies of Mr. Fell's Bureau of Prisons files and records.

4. Counsel's trial schedule.

5. Attendance of Mr. Fell at future hearings and waiver of personal presence.

6. Trial readiness date remains at September 1, 2016.