UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 5:01-cr-12 |
| ) | |
| DONALD FELL, ) | |
| ) | |
| Defendant-Movant. ) | |

### AGENDA
for September 11, 2015 Case Management Conference

1. Colloquy Concerning Waiver of Personal Appearance by Defendant
2. Monitoring of Future Court Appearances by Video or Phone from MDC, Brooklyn
3. Disclosure of BOP Files and Records (Doc. 591,594,598)
    a. James Roane, Jr. Specific Discovery Issues
    b. Discovery Conference Between Parties
4. Review Pre-Trial Scheduling Order; Past Events
5. Timing of Any Legal Challenge to the Notice of Death Penalty
6. Mental Health Examinations
    a. Deadline for F.R.C.P. 12.2 Notice by Defense (proposed agenda item #6); see entries for 2/5/16 and 3/15/16 on Pre-Trial Scheduling Order
    b. Government's Proposed Exams;
    c. Defense Proposed Exams;
    d. Recording Exams by Video (Doc. 596,601)
7. Re-testing or Examination of Physical Evidence
    a. Government's Proposed Exams and Disclosure (Doc. 592)
    b. Defense Exams and Disclosure (Doc. 595)
    c. Potentially Destructive Testing
8. Potential Claims of Facial Invalidity of the Death Penalty Statute and Other Provisions
9. Admissibility or Other Use of Materials Provided by the Defense in the Course of Settlement Discussions

_____
Geoffrey W. Crawford, U.S. District Judge