U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2015 SEP -9 AM 10: 42

CLERK

BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 5:01-CR-00012 |
| | ) | |
| v. | ) | |
| | ) | |
| DONALD FELL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER PERMITTING THE FILING OF A MEMORANDUM SUPPORTING THE FIRST DEFENSE MOTION FOR BILL OF PARTICULARS THAT EXCEEDS 25 PAGES

GOOD CAUSE APPEARING, on application by counsel for Donald Fell, IT IS ORDERED that the defense shall be permitted to file a brief in support of its first motion for bill of particulars that exceeds 25 pages.

Dated: 9/9/15

_____
The Honorable Geoffrey W. Crawford
District Judge