IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CRIMINAL 5:01-cr-00012 |
| | ) | |
| DONALD FELL | ) | |
| _____ | ) | |

**DONALD FELL'S MOTION TO DISMISS AND/OR TO STRIKE THE AMENDED NOTICE OF INTENT TO SEEK PENALTY OF DEATH BECAUSE OF THE UNCONSTITUTIONALITY OF SELECTING A FAIR, IMPARTIAL AND REPRESENTATIVE "DEATH QUALIFIED" JURY IN A STATE WHERE MOST CITIZENS OPPOSE THE DEATH PENALTY**

Now Comes Donald Fell, through his undersigned counsel and moves this Honorable Court for an order dismissing and/or striking the Amended Notice Of Intent To Seek Penalty Of Death. (Doc. 609) because it would violate the Fifth, Sixth, and Eighth Amendments to seek a "death qualified" jury in a state where most citizens oppose that penalty. A "death qualified" jury could not truly serve as the conscience of the community in Vermont, and would not be fair, impartial, or representative of the community.

Accordingly and as described in greater detail in the accompanying Memorandum, Mr. Fell respectfully requests that this Court strike the death notice in this case or, alternatively, grant an evidentiary hearing on this issue should it determine that the current record is inadequate to support granting the requested relief.

WHEREFORE, for the reasons described in greater detail in the accompanying Memorandum, Mr. Fell respectfully requests that this Court dismiss and/or to strike the Amended Notice Of Intent To Seek Penalty Of Death.

2.

Dated at San Francisco, California, this 16th day of November, 2015.

                Respectfully Submitted,

                MICHAEL N. BURT
                KERRY B. DeWOLFE
                JOHN T. PHILIPSBORN

                By: */s/ Michael N. Burt*

                Law Office of Michael Burt
                1000 Brannan Street
                Suite 400
                San Francisco, California 94103
                415-522-1508 (phone)
                415-522-1506 (fax
                mb@michaelburtlaw.con
                Counsel for DONALD FELL

3.

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2015, I electronically filed with the Clerk of

**DONALD FELL'S MOTION TO DISMISS AND/OR TO STRIKE THE AMENDED NOTICE OF INTENT TO SEEK PENALTY OF DEATH BECAUSE OF THE UNCONSTITUTIONALITY OF SELECTING A FAIR, IMPARTIAL AND REPRESENTATIVE "DEATH QUALIFIED" JURY IN A STATE WHERE MOSTCITIZENS OPPOSE THE DEATH PENALTY**

using the CM/ECF system. The CM/ECF system will provide service of such filing(s)

via Notice of Electronic Filing (NEF) to the following NEF parties:

    Michael N. Burt, Esq.
    Kerry B. DeWolfe, Esq.
    John Phillipsborn
    William B. Darrow, Esq., Assistant United States Attorney
    Bruce R. Hegyi, U.S. Dept. Of Justice

I also caused to be served, by U.S. Postal Service, the following non-NEF party:

    Donald Fell
    Register Number 05306-010
    The Metropolitan Detention Center
    P.O. Box 329002
    Brooklyn, NY 11232

Dated at San Francisco, California, this 16th day of November, 2015.

                              By:  */s/ Michael N. Burt*

                              Law Office of Michael Burt
                              1000 Brannan Street
                              Suite 400
                              San Francisco, California 94103
                              415-522-1508 (phone)
                              415-522-1506 (fax
                              mb@michaelburtlaw.con
                              Counsel for DONALD FELL