UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2016 FEB 10 AM 9:58

CLERK
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 5:01-CR-00012 |
| | ) | |
| v. | ) | |
| | ) | |
| DONALD FELL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER CONTINUING STATUS CONFERENCE FOR ONE WEEK

GOOD CAUSE APPEARING, on the stipulated application by counsel for Donald Fell, IT IS ORDERED that the status conference presently set for February 19, 2016 is continued for one week to February 26, 2016. With this extra time in hand, the Court orders both sides to bring with them a list of potential witnesses for a hearing on constitutionality.

Dated at Rutland, in the District of Vermont, this 10th day of February, 2016.

_____
Geoffrey W. Crawford, U.S. District Judge