**2nd REVISED**             **NOTICE OF HEARING**

---

**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT**

**UNITED STATES OF AMERICA**

        **v.**                                    **Case No. 5:01-cr-12-01**

**DONALD FELL**

**TAKE NOTICE** that the above-entitled case has been rescheduled at 1:00 PM on Friday, February 26, 2016, at Burlington, Vermont before the Honorable Geoffrey W. Crawford, District Judge, for a Pretrial Conference and Motion Hearing re: Motion for Disclosure of BOP Files and Records Pertinent to the 2/22/12 Roane Incident and Motion for Disclosure of Files, Records and Reports Related to Institutional Adjustment or Alleged Future Dangerousness (doc. 591), Motion to Dismiss Superseding Indictment, or in the Alternative, Motion to Strike Surplusage (doc. 632), Motion for Disclosure of Certain Grand Jury and Petit Jury Information (doc. 664), Motion to Dismiss Death Penalty and/or Motion to Strike Amended Notice of Intent to Seek Penalty of Death (doc. 668), Motion to Dismiss Superseding Indictment and/or Motion to Strike Amended Notice of Intent to Seek Penalty of Death (doc. 669), Motion to Strike Notice of Intent to Seek the Death Penalty (doc. 670), Motion to Dismiss and/or Motion to Strike Amended Notice of Intent to Seek Penalty of Death (doc. 672), Motion to Dismiss and/or Motion to Strike Amended Notice of Intent to Seek Penalty of Death (doc. 673), Motion to Declare Federal Death Penalty Act Unconstitutional (doc. 674), Motion for Bifurcation of Presentation of Evidence and Argument on Venue (doc. 675), and Motion for Reconsideration of Scheduling of Evidentiary Hearing re: Atkins Exemption (doc. 692).

| | |
|---|---|
| **Location: Courtroom 542** | **JEFFREY S. EATON, Clerk** |
| **Date of Notice: 2/10/2016** | |
| *Previously scheduled for 2/19/2016* | **By** /s/ *Pamela J. Lane* |
| *at 10:00 AM for Pretrial Conference only* | **Deputy Clerk** |

**TO:**

**Bruce R. Hegyi, AUSA
William B. Darrow, AUSA**

**John T. Philipsborn, Esq.
Kerry B. DeWolfe, Esq.
Michael N. Burt, Esq.**

**Anne Henry, Court Reporter**